**DAVID A. THOMPSON**
**STECKLOW & THOMPSON**

217 CENTRE STREET, 6TH FLOOR
NEW YORK, NEW YORK 10013
TEL:   (212) 566-8000
FAX:   (212) 202-4952
DAVE@SCTLAW.NYC

October 25, 2016

Magistrate Judge Roanne L. Mann
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

               Re:     *Davis v. The City Of New York et al.*, 16-cv-01539-KAM-RLM

Dear Honorable Judge Mann:

      I write on behalf of the both sides to this litigation, in compliance with the Court's order to provide a joint status update concerning the above-captioned case by October 25, 2016.  *See* Docket No. 18 (Minute Entry).  The parties have conferred on the substance stated herein.

      The plaintiff, Henry Davis, served initial disclosures on the defendants on October 19, 2016, which was the date on which the plaintiff's medical records were finally received.  The plaintiffs served their document demands and interrogatories on October 24, 2016.  Because of a death in the immediate family of Ms. Jacobs, attorney for the defendants, the plaintiff has agreed to accept the initial disclosures which were served in the related matter of *Ruffin v. City of New York*, 16-cv-1538, as the defendants' initial disclosures in this case, with the condition that the defendants will provide amended initial disclosures specific to Mr. Davis by November 7, 2016.

                                                                                           Sincerely,

                                                                                         --/s/--

                                                                                       David Thompson

cc:  ACC Jacobs (Via ECF and email)