# DAVID A. THOMPSON
## STECKLOW & THOMPSON

217 CENTRE STREET, 6TH FLOOR
NEW YORK, NEW YORK 10013
TEL: (212) 566-8000
FAX: (212) 202-4952
DAVE@SCTLAW.NYC

November 23, 2016

Magistrate Judge Roanne L. Mann
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:   Davis v. The City of New York, 16-cv-01539-KAM-RLM

Dear Judge Mann:

    I write jointly on behalf of both sides in the above-captioned litigation. As I believe the Court is aware, ACC Jacobs' father passed away shortly before the date fixed by the Court when a joint update letter was to be submitted in this case. As explained in the undersigned's letter of October 24th, as a result of her bereavement, Ms. Jacobs took some time away from the office.

    The status of the case is now as follows. The defendants will provide their amended Rule 26(a) disclosures on November 30, 2016. Within a reasonable time thereafter, the parties will each serve document demands and interrogatories.

    The plaintiff's deadline to amend the complaint to add new parties is presently November 30th. On consent, the plaintiff respectfully requests that the date be extended to January 15, 2017.

                                                        Respectfully submitted,

                                                       David Thompson