**WYLIE M. STECKLOW**　　　　　　　　WWW.LAWYERSFORTHERESTOFUS.COM
**STECKLOW & THOMPSON**

217 CENTRE ST. FL. 6
NEW YORK, NY 10013
T(212) 566-8000
F(212) 202-4952
WYLIE@SCTLAW.COM

December 2, 2016

Magistrate Judge Roanne L. Mann
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

　　　　　　Re:　　*Davis v. The City Of New York et al*., 16-cv-01539-KAM-RLM

Dear Honorable Judge Mann:

　　　In compliance with this court's order dated November 28, 2016, I write on behalf of the both sides to this litigation concerning the hopes of a successful settlement conference to resolve the claims of Mr. Davis. The parties have conferred and unfortunately, in light of the lack of settlement in the companion matter of *Ruffin* and *Shabbaz*, the parties do not believe there is a reason to believe that a settlement conference would be useful in this matter.

　　　I remain,

　　　　　　　　　　　　　　　　　　　　　　　　　　　Very truly yours,

　　　　　　　　　　　　　　　　　　　　　　　　　　　--//s//--

　　　　　　　　　　　　　　　　　　　　　　　　　　　Wylie M. Stecklow, Esq.