AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

HENRY DAVIS

*Plaintiff*

v.

The City of New York et al.

*Defendant*

Civil Action No. 16-cv-01539 ILG RLM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* ICL, 125 Broad Street, NY NY 10004, (Please see attached rider for additional defendants).

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Stecklow & Thompson
217 Centre St. 6th Floor
New York, NY 10013
(212) 566-8000

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

# **Rider**

1. ICL, 125 Broad Street, New York, NY 10004
2. DHS, Department of Social Services
   Office of Legal Affairs/Subpoena Unit
   4 World Trade Center
   150 Greenwich Street, 38th floor
   New York, New York 10007
3. Eric Andreoli, 1 Police Plaza, New York, NY 10007
4. Janine Masso, 1 Police Plaza, New York, NY 10007
5. David Echevarria, 1 Police Plaza, New York, NY 10007
6. Steven Bennett, 1 Police Plaza, New York, NY 10007
7. Ouckley Crooks, 1 Police Plaza, New York, NY 10007
8. Ryan Mooney, 1 Police Plaza, New York, NY 10007
9. FJC Security Services 111 8th Avenue, Floor 13, NY NY 10011